# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1663

_____

Paul Castonguay, Sr.,

        Appellant,

v.

Jack Taff; Cathy Taff,

        Appellees.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Nebraska.
\*
\*   [UNPUBLISHED]
\*

_____

Submitted: August 20, 2010
Filed: August 25, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Paul Castonguay appeals the district court's[1] preservice dismissal without prejudice of his pro se 42 U.S.C. § 1983 complaint. Upon careful de novo review, we conclude that the district court did not abuse its discretion in abstaining under Younger v. Harris, 401 U.S. 37 (1971), because Castonguay's complaint sought intervention in state-court adoption proceedings. See Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review for dismissal); Norwood v.

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

Dickey, 409 F.3d 901, 903 (8th Cir. 2005) (abstention holding reviewed for abuse of discretion).  Accordingly, we affirm.

_____